UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHIRLEY DOUGLAS,

               Petitioner,               Case Number 21-11589
v.                                                               Honorable David M. Lawson

UNITED STATES OF AMERICA,

               Respondent.
_____/

## ORDER STRIKING MOTIONS FOR RELIEF

On July 7, 2021, petitioner Shirley Douglas filed a motion to vacate her conviction and sentence in the related criminal matter *United States v. Douglas*, 16-20436 (E.D. Mich.).  The Court issued an opinion and order and entered judgment denying the motion to vacate on July 26, 2024, and it issued an order denying a certificate of appealability on the same date.  On August 5 and August 8, 2024, the Clerk of Court received and docketed under this associated civil file number two documents that were labeled as "motions" seeking "monetary relief and damages."  The Court is unable to discern any legal or factual grounds for the relief sought in the recent filings, and the petitioner's claims collaterally attacking her conviction were adjudicated fully by the Court's prior ruling.  If the petitioner wishes to pursue a claim for damages, she must file a complaint in a new case and pay the filing fee.  Fed. R. Civ. P. 3.  The filing of such papers under this civil file number was improper, and the petitioner's motions do not present any cognizable grounds for the relief sought.

Accordingly, it is **ORDERED** that the petitioner's motions for relief (ECF No. 2, 3) are **STRICKEN**.

                                                                   s/David M. Lawson
                                                                   DAVID M. LAWSON
Dated:  August 14, 2024                                   United States District Judge